```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angela DArezzo,

                        Plaintiff,

-against-

Catherine Appel and Overtime Dance Foundation, Inc.,

                        Defendants.

1:22-cv-00177 (PAE) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated January 10, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"). (Order, ECF No. 8). Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant at their respective address, as follows:

1. Catherine Appel
   55 Battery Road
   Belfast, ME 04915

2. Overtime Dance Foundation, Inc.
   350 First Avenue #3F
   New York, NY 10010

The Clerk of Court shall further deliver to the Marshals Service all of the necessary paperwork—including the applicable Summons (*see* ECF Nos. 9 & 10), and Complaint (ECF No. 1)—for the Marshals Service to effect service upon these defendants.

**SO ORDERED.**

DATED:   New York, New York
         March 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge