USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angela DArezzo,

                       Plaintiff,

-against-

Catherine Appel and Overtime Dance Foundation, Inc.,

                       Defendants.

1:22-cv-00177 (PAE) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, June 13, 2022, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    A copy of this Order will be emailed to *pro se* Defendant Appel by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               June 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge