```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angela DArezzo,

                          Plaintiff,

    -against-

Catherine Appel and Overtime Dance Foundation, Inc.,

                         Defendants.

1:22-cv-00177 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, during which *pro se* Defendant Appel acknowledged that she has been served with the summons and Complaint by the United States Marshals Service, it is hereby Ordered that Defendants shall respond to the Complaint no later than August 5, 2022. As set forth during the telephone conference, the corporate defendant Overtime Dance Foundation, Inc. must appear before the Court through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

    It is further Ordered that the parties shall meet and confer and, no later than August 5, 2022, file a joint letter indicating whether they would like to participate in mediation.

    If Defendant Appel wishes to consent to receive filings electronically, she must complete the Consent to Electronic Service form, which, along with instructions, is available on the Court's website at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

    Defendant Appel is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.

2

The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

    A copy of this Order will be emailed to *pro se* Defendant Appel by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               June 13, 2022

_____
STEWART D. AARON
United States Magistrate Judge