```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  1/31/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Angela D'Arezzo,**

                                                          **Plaintiff,**

            **-against-**

**Catherine Appel and Overtime Dance**
**Foundation, Inc.,**

                                                          **Defendants.**

**1:22-cv-00177 (PAE) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

        Plaintiff's request for a discovery conference (Letter Motion, ECF No. 78) is granted. The

parties are directed to appear for a telephone conference on Wednesday, February 7, 2024, at

11:00 a.m. to discuss the pending dispute regarding Plaintiff's deposition. At the scheduled time,

the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code

6489745.

**SO ORDERED.**

Dated:        New York, New York
              January 31, 2024

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge