

**VENABLE** LLP

2ND STREET   49TH FLOOR   NEW YORK, NY 10036
500   F 212.307.5598   www.Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2024

February 5, 2024

John C. Vazquez
t 212.370.6293
JCVazquez@Venable.com

**By ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The telephone conference is hereby rescheduled to Thursday, February 8, 2024, at 11:00 a.m. SO ORDERED.
Dated: February 5, 2024

Re: D'Arezzo v. Appel, No. 1:22-cv-00177—Request to Reschedule Discovery Conference

Dear Judge Aaron:

I represent Plaintiff Angela D'Arezzo in the above-referenced matter. I write to request that the upcoming discovery conference on Wednesday, February 7, 2024 at 11:00 a.m. be rescheduled so as to resolve a scheduling conflict.  I recently received notice that a hearing in another matter in which I am lead counsel has been set for the morning of February 7th.

I have consulted with counsel for the defendants, and we are both available on the afternoon of February 7th, if Your Honor has the flexibility to reschedule the hearing from the morning to the afternoon of that same day.  Alternatively, counsel for both parties are available at the following proposed alternative dates and times: the morning of February 8th, the afternoon of February 14th, or any time on February 9th or 12th, 2024.

Respectfully submitted,

John C. Vazquez