UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Angela D'Arezzo,

                            Plaintiff,

     -against-

Catherine Appel and Overtime Dance
Foundation, Inc.,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2024

1:22-cv-00177 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's March 5, 2024 Letter Motion filed at ECF No. 86, which subsequently has been marked as deficient It is hereby Ordered that Defendants shall respond to Plaintiff's Letter Motion no later than Tuesday, March 12, 2024 and Plaintiff shall file any reply by Wednesday, March 13, 2024. In the interim, the Court will extend today's March 8, 2024 fact discovery deadline *sine die* for the limited purposes addressed in Plaintiff's letter, *i.e.*, Plaintiff's motion to compel and the deposition of defendant Appel.

**SO ORDERED.**

Dated:  New York, New York
        March 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge