USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela D'Arezzo,<br><br>                              Plaintiff,<br><br>    -against-<br><br>Catherine Appel and Overtime Dance Foundation, Inc.,<br><br>                              Defendants. | 1:22-cv-00177 (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

Fact discovery in this action closed on March 18, 2024. (*See* 3/13/24 Order, ECF No. 89.) No later than Tuesday, April 2, 2024, the parties shall file a joint letter indicating whether the parties intend to pursue expert discovery and, if not, setting forth proposed next steps in this action, including whether the parties would like to be referred to mediation and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

Dated:   New York, New York
         March 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge