USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela D'Arezzo,<br><br>                          Plaintiff,<br><br>-against-<br><br>Catherine Appel and Overtime Dance Foundation, Inc.,<br><br>                          Defendants. | 1:22-cv-00177 (SDA)<br><br>**ORDER OF DISMISSAL** |

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled (*see* Letter Motion, ECF No. 118), it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:      New York, New York
             October 31, 2024

                                                        _/s/ Stewart D. Aaron_
                                                        STEWART D. AARON
                                                        United States Magistrate Judge